IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES QUALLS                                                                                          PLAINTIFF

v.                                          3:16CV00306-JM-JTK

JOHNATHAN COOK, et al.                                                                          DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.   Plaintiff's Complaint against Defendants is DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.

2.   Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.   The Court certifies that an in forma pauperis appeal from this Order and accompanying Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of January, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE